CONSOLIDATED COPPERSTATE LINES *v.*
UNITED STATES ET AL.

No. 1128. Decided April 21, 1969.*

*David Axelrod* for appellant in No. 1128. *Dennis G.
Lyons* and *Joe A. Keith* for appellant in No. 1141.

*Solicitor General Griswold, Assistant Attorney General
McLaren, Robert W. Ginnane, Nahum Litt,* and *Jerome
Nelson* for the United States et al., *T. S. Christopher* for
appellee Braswell Motor Freight Lines, Inc., and *Carl L.
Phinney* for appellee Herrin Transportation Co. in both
cases. *Phillip Robinson* for appellees Central Freight
Lines, Inc., et al., and *Reagan Sayers* for appellee Ryder
Truck Lines, Inc., in No. 1128. *Robert E. Joyner,
Phineas Stevens,* and *Charles D. Mathews* for appellees
Arkansas-Best Freight System, Inc., et al. in No. 1141.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.

MR. JUSTICE FORTAS took no part in the consideration
or decision of these cases.

---

*Together with No. 1141, *Strickland Transportation Co., Inc.* v.
*United States et al.,* also on appeal from the same court.